# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ISAIAH RANSOME, | : No. 80 EM 2021 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| ORPHANS' COURT CLERK, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of April, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.